# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

### Bank Code A.

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB BANK |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| 532 | AMERICAN BANK (PA) |
| 615 | Americhoice Federal Credit Union |
| 116 | AMERISERV FINANCIAL |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

### Bank Code B.

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 415 | Bank of Landisburg (The) |
| 642 | BB & T Company |
| 519 | Beaver Valley Federal Credit Union |
| 501 | BELCO Community Credit Union |
| 397 | Beneficial Bank |
| 652 | Berkshire Bank |
| 5 | BNY Mellon, NA |
| 392 | BRENTWOOD BANK |

495 Brown Brothers Harriman Trust Co., NA 161 Bryn Mawr Trust Company (The)

### Bank Code C.

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 16 | CBT Bank, a division of Riverview Bank |
| 136 | Centric Bank |
| 394 | CFS BANK |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |

| | |
|---|---|
| 561 | Citizens Bank (PA) |
| 206 | Citizens Savings Bank |
| 602 | City National Bank of New Jersey |
| 576 | Clarion County Community Bank |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 354 | Coatesville Savings Bank |
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 533 | Community First Bank |
| 132 | Community State Bank of Orbisonia |
| 647 | CONGRESSIONAL BANK |
| 380 | County Savings Bank |
| 617 | Covenant Bank |
| 536 | Customers Bank |

### Bank Code D.

| | |
|---|---|
| 339 | Dime Bank (The) |
| 239 | DNB First, NA |
| 27 | Dollar Bank, FSB |

### Bank Code E.

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | ENTERPRISE BANK |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

### Bank Code F.

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |

31      F & M Trust Company — Chambersburg
658     Farmers National Bank of Canfield
205     Farmers National Bank of Emlenton (The)
34      Fidelity Deposit & Discount Bank (The)
343     FIDELITY SAVINGS & LOAN ASSOCIATON OF BUCKS COUNTY
583     Fifth Third Bank
643     First Bank
174     First Citizens Community Bank
191     First Columbia Bank & Trust Company 539 First Commonwealth Bank
46      First Community Bank of Mercersburg
First Priority Bank, a division of Mid Penn Bank
504     First Federal S & L Association of Greene County
525     First Heritage Federal Credit Union
42      First Keystone Community Bank
592     FIRST RESOURCE BANK
657     First United Bank & Trust
408     First United National Bank
151     Firstrust Savings Bank
416     Fleetwood Bank
493     FNB BANK, NA
175     FNCB Bank
291     Fox Chase Bank
241     Franklin Mint Federal Credit Union
639     Freedom Credit Union
58      FULTON BANK, NA

## Bank Code        G.

499     Gratz Bank (The)
498     Greenville Savings Bank

## Bank Code        H.

402     Halifax Branch, of Riverview Bank
244     Hamlin Bank & Trust Company
362     Harleysville Savings Bank
363     Hatboro Federal Savings
463     Haverford Trust Company (The)

51      First National Bank & Trust Company of Newtown (The)
48      First National Bank of Pennsylvania
426     First Northern Bank & Trust Company 526 Iron Workers Savings Bank

## Bank Code       J.

70      Jersey Shore State Bank
127     Jim Thorpe Neighborhood Bank
488     Jonestown Bank & Trust Company

659     JPMorgan Chase Bank, NA
72      JUNIATA VALLEY BANK (THE)

655     Home Savings Bank
606     Hometown Bank of Pennsylvania
68      Honesdale National Bank (The)
350     HSBC Bank USA, NA
364     HUNTINGDON VALLEY BANK
605     Huntington National Bank (The)
608     Hyperion Bank

## Bank CodeI.

365     InFirst Bank
557     Investment Savings Bank

## Bank Code        K.

651     KeyBank    NA
414     Kish Bank

## Bank Code        L.

74      LAFAYETTE AMBASSADOR BANK
554     Landmark Community Bank
78      Luzerne Bank

## Bank Code M.

| | |
|---|---|
| 361 | M & T Bank |
| 386 | Malvern Federal Savings Bank |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 81 | Mars Bank |
| 43 | Marysville Branch, of Riverview Bank |
| 367 | Mauch Chunk Trust Company |
| 619 | MB Financial Bank, NA |
| 511 | MCS (Mifflin County Savings) Bank |
| 641 | Members 1st Federal Credit Union |
| 555 | Mercer County State Bank |
| 192 | Merchants Bank of Bangor |
| 610 | Meridian Bank |
| 420 | Meyersdale Branch, of Riverview Bank |
| 294 | MID PENN BANK 276 MIFFLINBURG BANK & TRUST COMPANY |
| 457 | Milton Savings Bank |
| 614 | Monument Bank |
| 596 | MOREBANK, A DIVISION OF BANK OF PRINCETON (THE) 484 MUNCY BANK & TRUST COMPANY (THE) |

## Bank Code N.

| | |
|---|---|
| 433 | National Bank of Malvern |
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| 434 | NEW TRIPOLI BANK |
| 15 | NexTier Bank, NA |
| 636 | Noah Bank |
| 638 | Norristown Bell Credit Union |
| 439 | Northumberland National Bank (The) |
| 93 | Northwest Bank |

## Bank Code O.

| | |
|---|---|
| 653 | OceanFirst Bank 489 OMEGA Federal Credit Union |

| | |
|---|---|
| 94 | Orrstown Bank |

## Bank Code P.

| | |
|---|---|
| 598 | PARKE BANK |
| 584 | Parkview Community Federal Credit Union |
| 40 | Penn Community Bank |
| 540 | PennCrest Bank |
| 419 | Pennian Bank |
| 447 | Peoples Security Bank & Trust Company |
| 99 | PeoplesBank, a Codorus Valley Company |
| 556 | Philadelphia Federal Credit Union 448 Phoenixville Federal Bank & Trust |
| 79 | PNC Bank, NA |
| 449 | Port Richmond Savings |
| 451 | Progressive-Horne Federal Savings & Loan Association |
| 637 | Provident Bank |
| 456 | Prudential Savings Bank |
| 491 | PS Bank |

## Bank Code

| | |
|---|---|
| 107 | QNB Bank |
| 560 | Quaint Oak Bank |

## Bank Code R.

| | |
|---|---|
| 452 | Reliance Savings Bank |
| 220 | Republic First Bank d/b/a Republic Bank 628 Riverview Bank |

## Bank Code S.

| | |
|---|---|
| 153 | S & T Bank |
| 316 | Santander Bank, NA |
| 460 | Second Federal S & L Association of Philadelphia |
| 646 | Service 1st Federal Credit Union |
| 458 | Sharon Bank |

462 Slovenian Savings & Loan Association of Franklin-Conemaugh

486 SOMERSET TRUST COMPANY

633 SSB Bank

518 STANDARD BANK, PASB

542 Stonebridge Bank

440 SunTrust Bank

122 SUSQUEHANNA COMMUNITY BANK 236 SWINEFORD NATIONAL BANK

## Bank CodeT.

143 TD Bank, NA

656 TIOGA FRANKLIN SAVINGS BANK

182 TOMPKINS VIST BANK

609 Tristate Capital Bank

640 TruMark Financial Credit Union 467 Turbotville National Bank (The)

## Bank Code U.

483 UNB Bank

481 Union Building and Loan Savings Bank 133 Union Community Bank

634 United Bank, Inc.

630 WSFS (Wilmington Savings Fund Society), FSB

## Bank Code x.

## Bank Code Y.

577 York Traditions Bank

## Bank Code z.

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to

472 United Bank of Philadelphia

475 United Savings Bank

600 Unity Bank

232 Univest Bank & Trust Co.

## Bank CodeV.

611 Victory Bank (The)

## Bank Code w.

119 WASHINGTON FINANCIAL BANK

121 Wayne Bank

631 Wells Fargo Bank, NA 553 Wesbanco Bank, Inc.

494 West View Savings Bank

473 Westmoreland Federal S & L Association

476 William Penn Bank

272 Woodlands Bank

573 WOORI AMERICA BANK

### PLATINUM LEADER BANKS

The HIGHLIGHTED ELIGIBLE INSTITUTIONS are Platinum Leader Banks — Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

### IOLTA EXEMPTION

the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.

Approved October 2018

# FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN <u>ACCORDANCE WITH RULE 221 Pa.R.D.E.</u>

<u>New</u>

<u>Name Change</u>

<u>Platinum Leader Change</u>
136 Centric Bank - Remove
294 Mid Penn Bank - Add

<u>Correction</u>

<u>Removal</u>
622 Carrollton State Bank